12

SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Eleventh Judicial District, County of Flathead, STATE OF MONTANA, Plaintiff vs. TIMOTHY E. "CATFISH" WILSON, Defendant.

DECISION

No. DC-86-43a

The application of the above-named defendant for a review of the sentence for Count I, Mitigated Deliberate Homicide, 40 years + 10 years for the use of a weapon, to run consecutively; Count II, Mitigated Deliberate Homicide, 40 years + 10 years for the use of a weapon, to run consecutively; Counts I & II are to run concurrently; plus ineligible for parole until 30 years is served - DANGEROUS DESIGNATION - imposed on June 11, 1986, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Mark Nord of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 3rd day of April, 1987.

SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Twentieth Judicial District, County of Lake, STATE OF MONTANA, Plaintiff vs. CLIFFORD JAMES RAYMOND, Defendant.

DECISION

No. DC-86-111

The application of the above-named defendant for a review of the sentence for Count I, Burglary, 10 years; Count II, Theft, 10 years; These sentences are to run concurrently and three years of sentence has been suspended. DANGEROUS OF-FENDER DESIGNATION, imposed on November 26, 1986, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

THE HONORABLE THOMAS HONZEL DISSENTING: He would have granted the relief requested by counsel based on the age of the defendant, and the need for drug and alcohol treatment on an inpatient basis, which Judge Honzel would have

made as a condition of the Defendant's sentence before he would be eligible for parole.

We wish to thank Terry Mailloux of the Montana Defender Project for assistance to the Defendant and to this Court.

DATED this 3rd day of April, 1987.

## SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Nineteenth Judicial District, County of Lincoln, STATE OF MONTANA, Plaintiff vs. VINCENT LEROY TUNISON, Defendant.

## DECISION

No. DC-86-7

The application of the above-named defendant for a review of the sentence of 7 years with a conditional DANGEROUS DESIGNATION for Attempted Incest imposed on May 5, 1986, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Terry Mailloux of the Montana Defender Project for assistance to the Defendant and to this Court.

DATED this 3rd day of April, 1987.

## SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

# MAY 1987 CALENDAR

From: The District Court of the Eighteenth Judicial District, County of Gallatin, STATE OF MONTANA, Plaintiff vs. SCOTT DANIEL KENNEDY, Defendant.

## DECISION

No. DC-85-23A

The application of the above-named defendant for a review of the sentence for Counts I & II, Sexual Intercourse Without Consent, 20 years on each count to be served concurrently; Count III, Kidnapping, 10 years; to be served consecutively to